David H. Madden
1500 S.W. First Avenue
Suite 1170
Portland, Oregon 97201
(503)679-1671
dhm@mersenne.com

# I<small>N</small> T<small>HE</small> U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small>

## <small>FOR THE</small> D<small>ISTRICT OF</small> M<small>INNESOTA</small>

| | |
|---|---|
| **David H. MADDEN**, an individual<br>    Plaintiff,<br><br>                v.<br><br>**BREG, Inc.**, a California corporation, *and* **DOEs 1-10**,<br>    Defendants | Case No.: ............0:11-cv-01819-ADM -JSM<br><br>**VOLUNTARY DISMISSAL of BREG, INC.** |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the complaint against defendant BREG, Inc.  BREG has not filed an answer to the complaint nor any motion for summary judgment with respect to the same.  Dismissal under Rule 41(a)(1) is therefore

///

///

///

///

– 2 –

appropriate.

Respectfully submitted,

| 23 October 2011 | s/David H. Madden/ |
| --- | --- |
| Date | David H. Madden, Plaintiff |
| | 1500 S.W. First Avenue |
| | Suite 1170 |
| | Portland, Oregon 97201 |
| | dhm@mersenne.com |
| | (503)679-1671 |