UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID H. MADDEN,

                Plaintiff,                              ORDER

                   v.                             Civil No. 11-1819 ADM/JSM

BREG, INC., ET. AL.,

                Defendants.

---

    Pursuant to the Notice of Voluntary Dismissal filed by plaintiff in the above titled matter

IT IS HEREBY ORDERED that this matter is DISMISSED without prejudice.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 23, 2011

                                                                    s/Ann D. Montgomery
                                                                    _____
                                                                    JUDGE ANN D. MONTGOMERY
                                                                    UNITED STATES DISTRICT COURT