AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

DAVID H. MADDEN,

                Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 11-1819 ADM/JSM

BREG, INC., and DOES 1-10

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this matter is DISMISSED without prejudice

November 23, 2011                            RICHARD D. SLETTEN, CLERK
Date

                                                      s/MMP
                                        (By)                     MMP   Deputy Clerk